

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-15-00182-CR

**EX PARTE** Juan **TORRES**,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-12006-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

    This court is in receipt of the advisory filed by appellant's attorney on June 1, 2015. Having further reviewed the clerk's records and reporter's records, it appears that appellant is seeking to challenge the trial court's ruling on a post-conviction writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure. The courts of appeals have no jurisdiction over felony post-conviction writs of habeas corpus. Post-conviction writs of habeas corpus must be filed in the court of conviction, but made returnable to the Court of Criminal Appeals. Tex. Code Crim. Proc. Ann. art. 11.07 §3 (Vernon Supp. 1997). It is therefore ORDERED that appellant show cause in writing within two weeks from the date this order is signed why this appeal should not be dismissed for want of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court